1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2760

5  Attorneys for Defendants

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  NOSSAMAN LLP; COALITION FOR A          1:09-cv-1471-OWW-SMS
    SUSTAINABLE DELTA,
12                                         **PARTIES' STIPULATION AND**
                 Plaintiffs,               **ORDER FOR INITIAL 33-DAY**
13                                         **CONTINUANCE OF STATUS**
          v.                               **CONFERENCE**
14
    UNITED STATES DEPARTMENT OF THE        Date:  February 18, 2010
15  INTERIOR,                              Time: 8:15 a.m.
                                           Ctrm: 3 (OWW)
16               Defendant.

17

18          The parties jointly request that the Court continue the Status Conference set for

19  January 20, 2010, at 8:15 a.m. before Judge Wanger, until February 18, 2010, at 8:15 a.m.

20  before Judge Wanger.  The parties are actively pursuing settlement.  The purpose of this 33-

21  day continuance is to save judicial resources during the settlement discussions.  No previous

22  continuance of this date has been requested or granted.

23

24  Dated:  January 15, 2010              NOSSAMAN LLP

25                                 By:    _/s/ Robert C. Horton_____
                                          ROBERT D. THORNTON
26                                        PAUL S. WEILAND
                                          ROBERT C. HORTON
27

28

PARTIES' STIPULATION AND ORDER FOR INITIAL 33-DAY CONTINUANCE OF STATUS CONFERENCE     Page 1

1   Dated:  January 15, 2010                           BENJAMIN B. WAGNER
                                                        United States Attorney
2

3                                                By:     */s/ Y H T Himel*
                                                        YOSHINORI H. T. HIMEL
4                                                       Assistant U. S. Attorney

5

6                                          ORDER

7          The parties' joint request to continue the Status Conference set for January 20, 2010, at

8   8:15 a.m., is GRANTED.  The status conference set for January 20, 2010, at 8:15 a.m.,  in

9   Courtroom 3, is CONTINUED until February 18, 2010, at 8:15 a.m., in Courtroom 3.

10         It is APPROVED and SO ORDERED.

11
    IT IS SO ORDERED.
12
    **Dated:    January 15, 2010**                _____/s/ Oliver W. Wanger_____
13                                                UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28