| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | YOSHINORI H. T. HIMEL #66194<br>Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2760 |
| 5 | Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOSSAMAN LLP; COALITION FOR A SUSTAINABLE DELTA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | 1:09-cv-1471-OWW-SMS<br><br>**PARTIES' STIPULATION AND ORDER FOR FURTHER 28-DAY CONTINUANCE OF STATUS CONFERENCE**<br><br>Date: February 18, 2010<br>Time: 8:15 a.m.<br>Ctrm: 3 (OWW) |

The parties jointly request that the Court continue the Status Conference currently set for February 18, 2010, at 8:15 a.m. before Judge Wanger, until March 18, 2010, at 8:15 a.m. before Judge Wanger. The parties' pursuit of settlement is taking longer than anticipated. The purpose of this second 28-day continuance is to save judicial resources during the settlement discussions. The total period of previous continuances is 33 days.

Dated: February 2, 2010                                              NOSSAMAN LLP

                                                                          By:   */s/ Robert C. Horton*
                                                                                  ROBERT D. THORNTON
                                                                                  PAUL S. WEILAND
                                                                                  ROBERT C. HORTON

| | | |
|---|---|---|
| 1 | Dated: February 2, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | |
| 3 | | By:   */s/ Y H T Himel*<br>YOSHINORI H. T. HIMEL<br>Assistant U. S. Attorney |

## ORDER

The parties' joint request to continue the Status Conference currently set for February 18, 2010, at 8:15 a.m., is GRANTED. The status conference is CONTINUED until March 18, 2010, at 8:15 a.m., in Courtroom 3.

IT IS SO ORDERED.

**Dated:   February 5, 2010**                  /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE