1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2760

5  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOSSAMAN LLP; COALITION FOR A SUSTAINABLE DELTA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | 1:09-cv-1471-OWW-SMS<br><br>**PARTIES' STIPULATION AND ORDER FOR FURTHER 28-DAY CONTINUANCE OF STATUS CONFERENCE**<br><br>Date: February 18, 2010<br>Time: 8:15 a.m.<br>Ctrm: 3 (OWW) |

The parties jointly request that the Court continue the Status Conference currently set for February 18, 2010, at 8:15 a.m. before Judge Wanger, until March 18, 2010, at 8:15 a.m. before Judge Wanger. The parties' pursuit of settlement is taking longer than anticipated. The purpose of this second 28-day continuance is to save judicial resources during the settlement discussions. The total period of previous continuances is 33 days.

Dated: February 2, 2010                     NOSSAMAN LLP

                                         By:   /s/ Robert C. Horton
                                               ROBERT D. THORNTON
                                               PAUL S. WEILAND
                                               ROBERT C. HORTON

PARTIES' STIPULATION AND ORDER FOR FURTHER 28-DAY CONTINUANCE OF STATUS CONFERENCE     Page 1

1 | Dated: February 2, 2010

BENJAMIN B. WAGNER
United States Attorney

By: */s/ Y H T Himel*
YOSHINORI H. T. HIMEL
Assistant U. S. Attorney

## ORDER

The parties' joint request to continue the Status Conference currently set for February 18, 2010, at 8:15 a.m., is GRANTED. The status conference is CONTINUED until March 18, 2010, at 8:15 a.m., in Courtroom 3.

IT IS SO ORDERED.

**Dated:   February 5, 2010**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE