1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2760

5  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOSSAMAN LLP; COALITION FOR A SUSTAINABLE DELTA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | 1:09-cv-1471-OWW-SMS<br><br>**PARTIES' STIPULATION AND ORDER FOR FURTHER 28-DAY CONTINUANCE OF STATUS CONFERENCE**<br><br>Date: March 18, 2010<br>Time: 8:15 a.m.<br>Ctrm: 3 (OWW) |

The parties jointly request that the Court continue the Status Conference currently set for March 18, 2010, at 8:15 a.m. before Judge Wanger, until April 15, 2010, at 8:15 a.m. before Judge Wanger. Defense counsel updates the Court on the progress in and current status of settlement in the following two paragraphs.

Settlement of a case of this kind requires coordination among the three governmental offices with authority: the office of the Regional Director of the Fish and Wildlife Service, in Sacramento, the office of the Solicitor of the Interior, in Washington, D.C., and the United States Attorney's Office. These three offices have made substantial progress in February and March.

The undersigned AUSA is out of state on business March 6 to March 15, returning March 16. He expects to discuss the government's position with agency counsel during the

PARTIES' STIPULATION AND ORDER FOR FURTHER 28-DAY CONTINUANCE OF STATUS CONFERENCE    Page 1

1  travel, and to recontact plaintiff's counsel to resume settlement discussion between the parties
2  immediately upon his return on March 16, 2010.
3      The parties request this third continuance, amounting to 28 days, to save judicial
4  resources during the settlement discussions. The total period of previous continuances is 61
5  days.

7  Dated: March 5, 2010            NOSSAMAN LLP
8             By:    */s/ Robert C. Horton*
               ROBERT D. THORNTON
9                 PAUL S. WEILAND
               ROBERT C. HORTON

11 Dated: March 5, 2010            BENJAMIN B. WAGNER
               United States Attorney

13            By:    */s/ Y H T Himel*
               YOSHINORI H. T. HIMEL
               Assistant U. S. Attorney

16 <u>ORDER</u>

17     The parties' joint request to continue the Status Conference currently set for March 18,
18 2010, at 8:15 a.m., is GRANTED. The status conference is CONTINUED until April 15,
19 2010, at 8:15 a.m., in Courtroom 3.
20     IT IS SO ORDERED.
21 **Dated:**   **March 5, 2010**            /s/ Oliver W. Wanger
               UNITED STATES DISTRICT JUDGE