BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Defendant
UNITED STATES DEPARTMENT OF THE INTERIOR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOSSAMAN, LLP, and COALITION FOR A SUSTAINABLE DELTA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendant. | 1:09-cv-1471-OWW-SMS<br><br>**STIPULATION AND ORDER FOR COMPROMISE SETTLEMENT** |

    NOSSAMAN, LLP, and COALITION FOR A SUSTAINABLE DELTA, plaintiffs, and the UNITED STATES DEPARTMENT OF THE INTERIOR, defendant, stipulate as follows subject to the Court's approval as provided for hereon.

    1.  The UNITED STATES DEPARTMENT OF THE INTERIOR, defendant, shall cause its agency, the United States Fish and Wildlife Service, to make a payment to NOSSAMAN, LLP, in the amount of EIGHT THOUSAND DOLLARS ($8,000.00).

    2.  That payment is in full settlement and satisfaction of any and all claims, demands, rights, and causes of action, arising from the FOIA request dated April 13, 2009, which was mentioned in paragraph 1 of the First Amended Complaint.

3. Plaintiffs and their heirs, executors, administrators, successors or assigns shall accept the sum stated in paragraph 1, above, in full settlement and satisfaction of any and all claims, demands, rights, and causes of action, of whatsoever kind and nature, arising from any and all known and unknown, foreseen and unforeseen, bodily, emotional, reputational and personal injuries, damage to property and consequential damage, that they may have or later acquire, against the UNITED STATES DEPARTMENT OF THE INTERIOR, its agencies, agents, servants and employees, on account of this FOIA request.

4. This settlement and this stipulation for compromise settlement are not an admission of liability or fault on the part of the UNITED STATES DEPARTMENT OF THE INTERIOR, its agencies, agents, servants, or employees, or on the part of NOSSAMAN, LLP, and COALITION FOR A SUSTAINABLE DELTA.  Both sides enter into it to compromise disputed claims and avoid the expenses and risks of litigation.

5. The amount stated in paragraph 1 represents the entire amount of the compromise settlement.  Except for that amount, the parties shall bear their own costs, attorney's fees, and expenses.

6. The parties agree that this Stipulation and Order for Compromise Settlement, including all the terms and conditions of this compromise settlement and any additional agreements relating thereto, may be made public in their entirety, and the plaintiffs expressly consent to such release and disclosure under 5 U.S.C. § 552a(b).

7. As a condition of payment, the plaintiffs shall supply all information needed to carry out an electronic funds transfer of the settlement amount.

8. In consideration of the payment of the amounts set forth above, the plaintiffs shall supply all signatures and cause to be filed with the court all documents necessary to cause the action to be dismissed with prejudice from the court's docket.

| | | |
|---|---|---|
| 1 | Dated:  May 20, 2010 | NOSSAMAN, LLP |
| 2 | | By:  */s/ Paul S. Weiland* |
| 3 | | PAUL S. WEILAND<br>ROBERT C. HORTON |
| 4 | | Attorneys for Plaintiffs |

Dated:  May 20, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney

                                 By:    */s/ Y H T Himel*
                                        YOSHINORI H. T. HIMEL
                                        Assistant U. S. Attorney
                                        Attorneys for Defendant


                         IT IS SO ORDERED.

**Dated:    May 21, 2010**                    */s/ Oliver W. Wanger*
                                        UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR COMPROMISE SETTLEMENT                        Page 3