1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2760

5  Attorneys for Defendant
   UNITED STATES DEPARTMENT OF THE INTERIOR

6

7

8

9              IN THE UNITED STATES DISTRICT COURT FOR THE

10                  EASTERN DISTRICT OF CALIFORNIA

11

12  NOSSAMAN, LLP, and COALITION          1:09-cv-1471-OWW-SMS
    FOR A SUSTAINABLE DELTA,
13                                        **STIPULATION AND ORDER**
                Plaintiffs,               **FOR DISMISSAL WITH**
14                                        **PREJUDICE**
             v.
15
    UNITED STATES DEPARTMENT OF
16  THE INTERIOR,

17             Defendant.

18

19      NOSSAMAN, LLP, and COALITION FOR A SUSTAINABLE DELTA,

20  plaintiffs, and the UNITED STATES DEPARTMENT OF THE INTERIOR, defendant,

21  through their counsel of record, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that

    the entire action hereby is DISMISSED WITH PREJUDICE.
22

23  Dated:  August 11, 2010                NOSSAMAN, LLP

24                                 By:    /s/ Robert C. Horton
                                          PAUL S. WEILAND
25                                        ROBERT C. HORTON
                                          Attorneys for Plaintiffs
26

27

28

    STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE           Page 1

1  Dated:  May 20, 2010                              BENJAMIN B. WAGNER
                                                     United States Attorney
2
                                            By:      */s/ Y H T Himel*
3                                                    YOSHINORI H. T. HIMEL
                                                     Assistant U. S. Attorney
4                                                    Attorneys for Defendant

5

6

7

8

9                          IT IS SO ORDERED.

10  **Dated:    August 12, 2010**            _____**/s/ Oliver W. Wanger**_____
                                             UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE                    Page 2